[No. 51849-6-I.   Division One.   March 7, 2005.]

TIMOTHY CRAWFORD ET AL., *Respondents*, v. THE CITY OF SHORELINE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-10593-1, Sharon S. Armstrong, J., entered January 10, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Ellington, A.C.J., and Coleman, J.

[No. 52043-1-I.   Division One.   March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER FUALAAU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01336-4, Catherine D. Shaffer, J., entered February 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52157-8-I.   Division One.   March 7, 2005.]

*In the Matter of the Detention of* JAMES CRONN, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 02-2-08011-1, Robert H. Alsdorf, J., entered April 3 and 15, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Agid, JJ.

[No. 52191-8-I.   Division One.   March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER SCOTT BOYD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10117-4, Harry J. McCarthy, J., entered April 4, 2003. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Kennedy and Becker, JJ.